Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



FILED

# UNITED STATES DISTRICT COURT

for the

EASTERN District of CALIFORNIA

Civil Case Division

JUN 06 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

NATHANIEL DWAYNE CAETANO (C)TM-R
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

DEPOSITORY TRUST COMPANY
_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1: 22 CV 00679 SKO
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

RECEIVED

JUN 06 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____  DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
        needed.

| | |
|---|---|
| Name | NATHANIEL DWAYNE CAETANO (C)TM-R |
| Street Address | c/o 900 Quebec Avenue |
| City and County | Corcoran, KINGS |
| State and Zip Code | California [93212] |
| Telephone Number | N/A |
| E-mail Address | N/A |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation.  For an individual defendant,
        include the person's job or title *(if known)*.  Attach additional pages if needed.

A122380-NDC-56

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 USC §1333- Saving to Suitors Clause   15 USC §78- Registered Securities.
42 USC §1982- Property Rights of Citizens
42 USC §1983- Deprivation of Rights- Property
U.S. Constitution, 14th Amendment- Right to Life, Liberty and PROPERTY.
~~State~~ 15 USC Ch. 22-Trademarks §1051-Principal Register
15 USC §1126- International Treaty MADRID PROTOCOL
Quieting Title- Sharon v. Tucker, 144 US 533

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* NATHANIEL DWAYNE CAETANO COTM-R, is ~~incorporated~~ an unincorporated foreign corporation under the laws of the State of *(name)* California,

   and has its principal place of business in the State of *(name)*

   California
   15 USCA (United States Code Annotated) Section 44- "corporation"/Massachusetts Trust
   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

#122380-NDC-56

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _____

Signature of Plaintiff     _____
Printed Name of Plaintiff     _____

**B.     For Attorneys**

Date of signing:     _____

Signature of Attorney     *R. Nathan Dwayne Caetano, Attorney-In-Fact*
Printed Name of Attorney     *Nathaniel Dwayne Caetano*     *POA # 122380-NDC-4*
Bar Number     *SEE; Power of Attorney /General Durable POA # 122380-NDC-26*
Name of Law Firm
Street Address     *c/o 900 Quebec Avenue*
State and Zip Code     *California    [93212]*
Telephone Number     *N/A*
E-mail Address     *N/A*

*# 122380-NDC-56*

# EVIDENCE

## EXHIBITS ENTERED INTO THE COURT RECORD

### FOR PRESENTATION TO THE JURY

#### PROVES PLAINTIFF'S LEGAL STANDING

I. Legal Instruments

(a) #8 - PRIVATE SECURITY AGREEMENT #122380-NDC-1 ( Notarized, 21-6-21 / P. 1 of 19 )

(b) #9 - Notice of Lien #122380-NDC-1 (Notarized, 21-6-21, P. 17 of 19-PSA)

(c) #10 - Common Law Copyright Notice - #122380-NDC-2 (Notarized, 21-6-21)

(d) #11 - Hold Harmless and Indemnity Agreement #122380-NDC-3 (Notarized, 21-6-21)

(e) #13 - Affidavit of Political Status - Affidavit of Sovereignty #122380-NO-5 (Notarized 8 Sept. 21)

(f) #12 - Power of Attorney - #122380-NDC-4 (Notarized, 21-6-21)

(g) #40 - California General Durable Power Of Attorney #122380-NDC-26 (Notarized 9-May-22)

(h) #14 - Tradename Ownership #122380-NDC-6 (Notarized, 8 Sept. 21)

(i) #18 - Trademark/Copyright #122380-NDC-8 (Notarized, 8 April 22)

(j) #41 - Certification of Vital Record #104-80-343027-1600-1721
         ** Banknote: 005 296170, Registrant: Nathaniel Caetano

It is also declared under penalty of perjury that Trademark Registration Application Form, TM-100, was filed two weeks ago with all lawful "specimens" and "fees" with California's Secretary of State, Shirley N. Weber and am waiting for that Certified Registration to attach to UCC-1 Financing Statement to then File the UCC-1 with the CA-SOS. Legal Instrument #8, (a) above makes, I, Nathaniel Dwayne Caetano, real Sovereign Man, Secured Party Creditor of NATHANIEL DWAYNE CAETANO, Debtor, since 21 June 2021.

(i) UCC-I Financing Statement w/ Truth      NATHANIEL DWAYNE CAETANO©TM-R
    Affidavit #122380-NDC-00.1              Nathaniel D. Caetano, Attorney-In-Fact

                        with the Autograph   Nathaniel Dwayne Caetano

~~DEFENDANT'S First~~ Complaint #122380-NDC-56

Without Prejudice, UCC 1-207, All Rights Reserve

# LEGAL INSTRUMENT #41

## CERTIFICATION OF VITAL RECORD

# 104-80-343027-1600-1721

Banknote: 005 296 170

Registrant: Nathaniel Caetano

State of California – Health and Human Services Agency                                                      California Department of Public Health

**Center for Health Statistics and Informatics, Vital Records**
M.S. 5103
P.O. Box, 997410
Sacramento, CA 95899-7410
(916) 445-2684
Email: CHSIVitalRecords@cdph.ca.gov.
Internet Address: www.cdph.ca.gov

NATHANIEL DWAYNE CAETANO
SATF, PO BOX 5242
CORCORAN CA 93212

| | |
|---|---|
| Requester: | Nathaniel Caetano |
| RTN No: | 20210000097791A0 |
| Registrant: | Nathaniel Caetano |
| Number of Copies: | 2 |
| Event Type: | Birth |
| Date Received: | 7/19/2021 |
| Amount Received: | $50.00 |
| Banknote No.: | 005296169 |
| | 005296170 |

**This is Not a Bill**
Requests for Different Certificates are Mailed Separately

---

**Please Read**
Enclosed is a Certified Copy of the Official Record
Currently on File in Vital Records

If you requested an amended record or court order name change,
the official record is now a 2 (or more) page document (the law does not
allow us to alter the original record). All pages of this document must
be presented together to serve as an official copy of the record.

# STATE OF CALIFORNIA
## DEPARTMENT OF PUBLIC HEALTH

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA

*1600-1721*

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | | |
|---|---|---|---|---|---|
| THIS CHILD | 1A. NAME OF CHILD—FIRST  NATHANIEL | 1B. MIDDLE  DWAYNE | 1C. LAST  CAETANO | | |
| | 2. SEX  MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC  SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR (24 HOUR CLOCK TIME)  2115 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH—NAME OF HOSPITAL  HANFORD COMMUNITY HOSPITAL | | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION)  450 GREENFIELD AVENUE | | |
| | 5C. CITY OR TOWN  HANFORD | | 5D. COUNTY  KINGS | | |
| FATHER OF CHILD | 6A. NAME OF FATHER—FIRST  LEONARD | 6B. MIDDLE  MATTHEW | 6C. LAST  CAETANO | 7. STATE OF BIRTH  CALIF | 8. AGE OF FATHER  20 |
| MOTHER OF CHILD | 9A. BIRTH NAME OF MOTHER—FIRST  DENISE | 9B. MIDDLE  ALANE | 9C. LAST  BURKE | 10. STATE OF BIRTH  ALASKA | 11. AGE OF MOTHER  19 |
| PARENT'S CERTIFICA-TION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT—SIGNATURE  ► *Denise Caetano* | | 12B. RELATIONSHIP TO CHILD  MOTHER | 12C. DATE SIGNED |
| ATTEND-ANT'S CERTIFICA-TION | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED. | 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE, DEGREE OR TITLE  ► | | 13B. LICENSE NUMBER  C38479 | 13C. DATE SIGNED |
| | 14. | 13D. TYPED NAME AND ADDRESS  J.D. PARK M.D.   HANFORD, CALIFORNIA | | | |
| LOCAL REGISTRAR | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE  Robert S. Hill, M.D. by *L.L.* Deputy | | 17. DATE ACCEPTED FOR REGISTRATION  JAN 07 1981 | |

This is to certify that this document is a true copy of the official record filed with Vital Records.

DATE ISSUED

AUG 17 2021

*James Grant*

JAMES GREENE MD MS
STATE REGISTRAR OF VITAL RECORDS

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the State Registrar.

CACDPH--01

DANA E. MOORE, MPH, CPH
STATE REGISTRAR OF VITAL RECORDS

005296170



LEGAL INSTRUMENT #12

POWER OF ATTORNEY #122380-NOC-4

Exhibit A1                    Notarized 21 June 21

# POWER OF ATTORNEY
### LIMITED

Know All Men by These Presents: That I, NATHANIEL DWAYNE CAETANO the Debtor, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoints Nathaniel Dwayne Caetano herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawfully Attorney-in-fact for me and in my corporate/entity capacity, place and stead and for my personal and commercial use and benefit:

1. To ask, demand, request, file, sue, recover, register, collect and recieve each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR; NATHANIEL DWAYNE CAETANO (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or recieve a satisfaction or release therefor; together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established and to or in other actions;

3. To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR - NATHANIEL DWAYNE CAETANO; to use where necessary any ~~~~ Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4. To open any Checking accounts whereupon being 'closed', to discharge any fines, fees, taxes, and debts via adjustments and set-off.

5. To create, amend, supplement and or terminate any Trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed; to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever, requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-fact shall be applicable to all real and private property, personal property or intrest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/ENTITY and wherever situate, and as evidenced by a filed security intrest.

My said Attorney-in-fact Nathaniel Dwayne Caetano is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interests to same and if on/for credit—

POWER OF ATTORNEY   to   Nathaniel Dwayne Caetano      Page 1 of 2    P.O.A. #122380-NDC-4

1   with or without security

2

3   When the context so require, the masculine gender includes the feminine

4   and/or neuter, and the singular numbers includes the plural

5

6   Witness my hand this __21__ day of June 2021

7

8                                   NATHANIEL DWAYNE CAETANO

9                                   NATHANIEL DWAYNE CAETANO

10                                  //S// Nathaniel Dwayne Caetano

11

12                                  Authorized Representative

13                    JURAT                    R. Robert Phope Caetano
                                                        agent

14   State of CALIFORNIA        )

15                              )  Scilicet

16   County of                  )

17

18   SUBSCRIBED AND SWORN TO BEFORE ME this ____ of ____,

19   personally known to me or upon identification to be the person whose name

20   subscribed to the within instrument.

21                                    ; Seal;  See/attached

22   Notary Public in and for said State

23   My Commission Expires ____

24

25

26

27   Power of Attorney to Nathaniel Dwayne Caetano    Page 2 of 2, P.O.A. #122380-NDC-4

28

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )
) ss.
County of __Kings__ )

Subscribed and sworn to (or affirmed) before me <u>B. Keithley, Notary Public</u> on this __21st__

day of __Jun.__, 20_21_ by __Nathaniel D. Caetano__,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

L.S.

_signature_

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

**B. KEITHLEY**
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

——————— ♦ ♦ ♦ **OPTIONAL INFORMATION** ♦ ♦ ♦ ———————
Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.

**DESCRIPTION OF DOCUMENT**

Title of Document: ___Power of Attorney___

Document Date: ___21 Jun 21___

Number of Pages: ___-2-___

Other: ___

California Jurat

LEGAL INSTRUMENT #40

CALIFORNIA GENERAL DURABLE POWER OF ATTORNEY #122380-NDC-26

Notarized 9 May 22

*Exhibit B*

## CALIFORNIA GENERAL DURABLE POWER OF ATTORNEY

### THE POWERS YOU GRANT BELOW ARE EFFECTIVE
### EVEN IF YOU BECOME DISABLED OR INCOMPETENT

CAUTION: A DURABLE POWER OF ATTORNEY IS AN IMPORTANT LEGAL DOCUMENT. BY SIGNING THE DURABLE POWER OF ATTORNEY, YOU ARE AUTHORIZING ANOTHER PERSON TO ACT FOR YOU, THE PRINCIPAL. BEFORE YOU SIGN THIS DURABLE POWER OF ATTORNEY, YOU SHOULD KNOW THESE IMPORTANT FACTS: YOUR AGENT (ATTORNEY-IN-FACT) HAS NO DUTY TO ACT UNLESS YOU AND YOUR AGENT AGREE OTHERWISE IN WRITING. THIS DOCUMENT GIVES YOUR AGENT THE POWERS TO MANAGE, DISPOSE OF, SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY, AND TO USE YOUR PROPERTY AS SECURITY IF YOUR AGENT BORROWS MONEY ON YOUR BEHALF. THIS DOCUMENT DOES NOT GIVE YOUR AGENT THE POWER TO ACCEPT OR RECEIVE ANY OF YOUR PROPERTY, IN TRUST OR OTHERWISE, AS A GIFT, UNLESS YOU SPECIFICALLY AUTHORIZE THE AGENT TO ACCEPT OR RECEIVE A GIFT. YOUR AGENT WILL HAVE THE RIGHT TO RECEIVE REASONABLE PAYMENT FOR SERVICES PROVIDED UNDER THIS DURABLE POWER OF ATTORNEY UNLESS YOU PROVIDE OTHERWISE IN THIS POWER OF ATTORNEY. THE POWERS YOU GIVE YOUR AGENT WILL CONTINUE TO EXIST FOR YOUR ENTIRE LIFETIME, UNLESS YOU STATE THAT THE DURABLE POWER OF ATTORNEY WILL LAST FOR A SHORTER PERIOD OF TIME OR UNLESS YOU OTHERWISE TERMINATE THE DURABLE POWER OF ATTORNEY.

THE POWERS YOU GIVE YOUR AGENT IN THIS DURABLE POWER OF ATTORNEY WILL CONTINUE TO EXIST EVEN IF YOU CAN NO LONGER MAKE YOUR OWN DECISIONS RESPECTING THE MANAGEMENT OF YOUR PROPERTY. YOU CAN AMEND OR CHANGE THIS DURABLE POWER OF ATTORNEY ONLY BY EXECUTING A NEW DURABLE POWER OF ATTORNEY OR BY EXECUTING AN AMENDMENT THROUGH THE SAME FORMALITIES AS AN ORIGINAL. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS DURABLE POWER OF ATTORNEY AT ANY TIME, SO LONG AS YOU ARE COMPETENT.

THIS DURABLE POWER OF ATTORNEY MUST BE DATED AND MUST BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC OR SIGNED BY TWO WITNESSES. IF IT IS SIGNED BY TWO WITNESSES, THEY MUST WITNESS EITHER (1) THE SIGNING OF THE POWER OF ATTORNEY OR (2) THE PRINCIPAL'S SIGNING OR ACKNOWLEDGMENT OF HIS OR HER SIGNATURE. A DURABLE POWER OF ATTORNEY THAT MAY AFFECT REAL PROPERTY SHOULD BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC SO THAT IT MAY EASILY BE RECORDED.

YOU SHOULD READ THIS DURABLE POWER OF ATTORNEY CAREFULLY. WHEN EFFECTIVE, THIS DURABLE POWER OF ATTORNEY WILL GIVE YOUR AGENT THE RIGHT TO DEAL WITH PROPERTY THAT YOU NOW HAVE OR MIGHT ACQUIRE IN THE FUTURE. THE DURABLE POWER OF ATTORNEY IS IMPORTANT TO YOU. IF YOU DO NOT UNDERSTAND THE DURABLE POWER OF ATTORNEY, OR ANY PROVISION OF IT, THEN YOU SHOULD OBTAIN THE ASSISTANCE OF AN ATTORNEY OR OTHER QUALIFIED PERSON.

NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS ATTORNEY-IN-FACT BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THIS POWER OF ATTORNEY YOU ASSUME THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT. THESE RESPONSIBILITIES INCLUDE:

1. THE LEGAL DUTY TO ACT SOLELY IN THE INTEREST OF THE PRINCIPAL AND TO AVOID CONFLICTS OF INTEREST.

2. THE LEGAL DUTY TO KEEP THE PRINCIPAL'S PROPERTY SEPARATE AND DISTINCT

FROM ANY OTHER PROPERTY OWNED OR CONTROLLED BY YOU. YOU MAY NOT TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT FULL AND ADEQUATE CONSIDERATION OR ACCEPT A GIFT OF THE PRINCIPAL'S PROPERTY UNLESS THIS POWER OF ATTORNEY SPECIFICALLY AUTHORIZES YOU TO TRANSFER PROPERTY TO YOURSELF OR ACCEPT A GIFT OF THE PRINCIPAL'S PROPERTY. IF YOU TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT SPECIFIC AUTHORIZATION IN THE POWER OF ATTORNEY, YOU MAY BE PROSECUTED FOR FRAUD AND/OR EMBEZZLEMENT. IF THE PRINCIPAL IS 65 YEARS OF AGE OR OLDER AT THE TIME THAT THE PROPERTY IS TRANSFERRED TO YOU WITHOUT AUTHORITY, YOU MAY ALSO BE PROSECUTED FOR ELDER ABUSE UNDER PENAL CODE SECTION 368. IN ADDITION TO CRIMINAL PROSECUTION, YOU MAY ALSO BE SUED IN CIVIL COURT. I HAVE READ THE FOREGOING NOTICE AND I UNDERSTAND THE LEGAL AND FIDUCIARY DUTIES THAT I ASSUME BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THE TERMS OF THIS POWER OF ATTORNEY.

DATE: 9 May 22

R. Nathaniel Dwayne Caetano
(SIGNATURE OF AGENT)


Nathaniel Dwayne Caetano
(PRINT NAME OF AGENT)
c/o 900 Quebec Avenue
Corcoran, California Republic [zip exempt per DMM122.32]
Non-Domestic Without USA

CALIFORNIA GENERAL DURABLE POWER OF ATTORNEY

THE POWERS YOU GRANT BELOW ARE EFFECTIVE
EVEN IF YOU BECOME DISABLED OR INCOMPETENT

NOTICE:  THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE.  THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.  THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE TO BE EFFECTIVE EVEN IF YOU BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.

I, NATHANIEL DWAYNE CAETANO (c) TM-R , C/o 900 Quebec Ave., Corcoran, California Republic [93212] - Non-Domestic without _____ [insert your name and address] appoint Nathaniel Dwayne Caetano (Address below Agent above) [insert the name and address of the person appointed] as my Agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

Note: If you initial Item A or Item B, which follow, a notarized signature will be required on behalf of the Principal.

INITIAL

(A) Real property transactions. To lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any interest in real property whatsoever, on such terms and conditions, and under such covenants, as my Agent shall deem proper; and to maintain, repair, tear down, alter, rebuild, improve manage, insure, move, rent, lease, sell, convey, subject to liens, mortgages, and security deeds, and in any way or manner deal with all or any part of any interest in real property whatsoever, including specifically, but without limitation, real property lying and being situated in the State of California, under such terms and conditions, and under such covenants, as my Agent shall deem proper and may for all deferred payments accept purchase money notes payable to me and secured by mortgages or deeds to secure debt, and may from time to time collect and cancel any of said notes, mortgages, security interests, or deeds to secure debt.

(B) Tangible personal property transactions. To lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any personal property whatsoever, tangible or intangible, or interest thereto, on such terms and conditions, and under such covenants, as my Agent shall deem proper; and to maintain, repair, improve, manage, insure, rent, lease, sell, convey, subject to liens or mortgages, or to take any other security interests in said property which are recognized under the Uniform Commercial Code as adopted at that time under the laws of the State of California or any applicable state, or otherwise hypothecate (pledge), and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, that I own at the time of execution or may thereafter acquire, under such terms and conditions, and under such covenants, as my Agent shall deem proper.

(C) Stock and bond transactions. To purchase, sell, exchange, surrender, assign, redeem, vote at any meeting, or otherwise transfer any and all shares of stock, bonds, or other securities in any business, association, corporation, partnership, or other legal entity, whether private or public, now or hereafter belonging to me.

(D) Commodity and option transactions. To organize or continue and conduct any business which term includes, without limitation, any farming, manufacturing, service, mining, retailing or other type of business operation in any form, whether as a proprietorship, joint venture, partnership, corporation, trust or other legal entity; operate, buy, sell, expand, contract, terminate or liquidate any business; direct, control, supervise, manage or participate in the operation of any business and engage, compensate and discharge business managers, employees, agents, attorneys, accountants and consultants; and, in general, exercise all powers with respect to business interests and operations which the principal could if present and under no disability.

(E) Banking and other financial institution transactions. To make, receive, sign, endorse, execute, acknowledge, deliver and possess checks, drafts, bills of exchange, letters of credit, notes, stock certificates, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of banks, savings and loans, credit unions, or other institutions or associations. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any account, bill of exchange, check, draft, purchase, contract, note, or

trade acceptance made, executed, endorsed, accepted, and delivered by me or for me in my name, by my Agent. To borrow from time to time such sums of money as my Agent may deem proper and execute promissory notes, security deeds or agreements, financing statements, or other security instruments in such form as the lender may request and renew said notes and security instruments from time to time in whole or in part. To have free access at any time or times to any safe deposit box or vault to which I might have access.

_____ (F) Business operating transactions. To conduct, engage in, and otherwise transact the affairs of any and all lawful business ventures of whatever nature or kind that I may now or hereafter be involved in.

_____ (G) Insurance and annuity transactions. To exercise or perform any act, power, duty, right, or obligation, in regard to any contract of life, accident, health, disability, liability, or other type of insurance or any combination of insurance; and to procure new or additional contracts of insurance for me and to designate the beneficiary of same; provided, however, that my Agent cannot designate himself or herself as beneficiary of any such insurance contracts.

_____ (H) Estate, trust, and other beneficiary transactions. To accept, receipt for, exercise, release, reject, renounce, assign, disclaim, demand, sue for, claim and recover any legacy, bequest, devise, gift or other property interest or payment due or payable to or for the principal; assert any interest in and exercise any power over any trust, estate or property subject to fiduciary control; establish a revocable trust solely for the benefit of the principal that terminates at the death of the principal and is then distributable to the legal representative of the estate of the principal; and, in general, exercise all powers with respect to estates and trusts which the principal could exercise if present and under no disability; provided, however, that the Agent may not make or change a will and may not revoke or amend a trust revocable or amendable by the principal or require the trustee of any trust for the benefit of the principal to pay income or principal to the Agent unless specific authority to that end is given.

_____ (I) Claims and litigation. To commence, prosecute, discontinue, or defend all actions or other legal proceedings touching my property, real or personal, or any part thereof, or touching any matter in which I or my property, real or personal, may be in any way concerned. To defend, settle, adjust, make allowances, compound, submit to arbitration, and compromise all accounts, reckonings, claims, and demands whatsoever that now are, or hereafter shall be, pending between me and any person, firm, corporation, or other legal entity, in such manner and in all respects as my Agent shall deem proper.

_____ (J) Personal and family maintenance. To hire accountants, attorneys at law, consultants, clerks, physicians, nurses, agents, servants, workmen, and others and to remove them, and to appoint others in their place, and to pay and allow the persons so employed such salaries, wages, or other remunerations, as my Agent shall deem proper.

_____ (K) Benefits from Social Security, Medicare, Medicaid, or other governmental programs, or military service. To prepare, sign and file any claim or application for Social Security, unemployment or military service benefits; sue for, settle or abandon any claims to any benefit or assistance under any federal, state, local or foreign statute or regulation; control, deposit to any account, collect, receipt for, and take title to and hold all benefits under any Social Security, unemployment, military service or other state, federal, local or foreign statute or regulation; and, in general, exercise all powers with respect to Social Security, unemployment, military service, and governmental benefits, including but not limited to Medicare and Medicaid, which the principal could exercise if present and under no disability.

_____ (L) Retirement plan transactions. To contribute to, withdraw from and deposit funds in any type of retirement plan (which term includes, without limitation, any tax qualified or nonqualified pension, profit sharing, stock bonus, employee savings and other retirement plan, individual retirement account, deferred compensation plan and any other type of employee

benefit plan); select and change payment options for the principal under any retirement plan; make rollover contributions from any retirement plan to other retirement plans or individual retirement accounts; exercise all investment powers available under any type of self-directed retirement plan; and, in general, exercise all powers with respect to retirement plans and retirement plan account balances which the principal could if present and under no disability.

*R. Caetano Dwayne Caetano AGENT*

(M) Tax matters. To prepare, to make elections, to execute and to file all tax, social security, unemployment insurance, and informational returns required by the laws of the United States, or of any state or subdivision thereof, or of any foreign government; to prepare, to execute, and to file all other papers and instruments which the Agent shall think to be desirable or necessary for safeguarding of me against excess or illegal taxation or against penalties imposed for claimed violation of any law or other governmental regulation; and to pay, to compromise, or to contest or to apply for refunds in connection with any taxes or assessments for which I am or maybe liable.

*R. Caetano Dwayne Caetano AGENT*

(N) ALL OF THE POWERS LISTED ABOVE. YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS:

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

- *Nathaniel Dwayne Caetano is hereby GRANTED "EXCLUSIVE" POWERS OF ATTORNEY*
- *There are no limitations nor restrictions of this EXCLUSIVE POWERS OF ATTORNEY*
- *This DURABLE POWERS OF ATTORNEY shall be for the duration of Principals lifetime.*
  - *this Exclusive California General Durable Power of Attorney expires when Principal Expires*
- *This Power of Attorney is taken in conjuction with Power of Attorney #122380-NDC-4 (Notarized 21 June 21)*
  *Principal, NATHANIEL DWAYNE CAETANO (c)TM-R is Debtor to Secured Party Creditor Nathaniel Dwayne*
  *Caetano (Private Security Agreement #122380-NDC-1). These two Powers of Attorney, #122380-NDC-26 and*
  *#122380-NDC-4 are Conjoined and are irrevocable.*

THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

THIS POWER OF ATTORNEY SHALL BE CONSTRUED AS A GENERAL DURABLE POWER OF ATTORNEY AND SHALL CONTINUE TO BE EFFECTIVE EVEN IF I BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.

(YOUR AGENT WILL HAVE AUTHORITY TO EMPLOY OTHER PERSONS AS NECESSARY TO ENABLE THE AGENT TO PROPERLY EXERCISE THE POWERS GRANTED IN THIS FORM, BUT YOUR AGENT WILL HAVE TO MAKE ALL DISCRETIONARY DECISIONS. IF YOU WANT TO GIVE YOUR AGENT THE RIGHT TO DELEGATE DISCRETIONARY DECISION-MAKING POWERS TO OTHERS, YOU SHOULD KEEP THE NEXT SENTENCE, OTHERWISE IT SHOULD BE STRICKEN.)

Authority to Delegate. My Agent shall have the right by written instrument to delegate any or all of the foregoing powers involving discretionary decision-making to any person or persons whom my Agent may select, but such delegation may be amended or revoked by any agent (including

any successor) named by me who is acting under this power of attorney at the time of reference.

(YOUR AGENT WILL BE ENTITLED TO REIMBURSEMENT FOR ALL REASONABLE EXPENSES INCURRED IN ACTING UNDER THIS POWER OF ATTORNEY. STRIKE OUT THE NEXT SENTENCE IF YOU DO NOT WANT YOUR AGENT TO ALSO BE ENTITLED TO REASONABLE COMPENSATION FOR SERVICES AS AGENT.)

Right to Compensation. My Agent shall be entitled to reasonable compensation for services rendered as agent under this power of attorney.

(IF YOU WISH TO NAME SUCCESSOR AGENTS, INSERT THE NAME(S) AND ADDRESS(ES) OF SUCH SUCCESSOR(S) IN THE FOLLOWING PARAGRAPH.)

Successor Agent. If any Agent named by me shall die, become incompetent, resign or refuse to accept the office of Agent, I name the following (each to act alone and successively, in the order named) as successor(s) to such Agent:

_NO SUCCESSOR AGENTS! Nathaniel Dwayne Caetano is given, declared and granted sole and_

_EXCLUSIVE POWERS OF ATTORNEY for the ENTIRETY of Principal NATHANIEL DWAYNE CAETANO's (i) TM-R_

_Life. These powers of Attorney are irrevocable._

Choice of Law. THIS POWER OF ATTORNEY WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA WITHOUT REGARD FOR CONFLICTS OF LAWS PRINCIPLES. IT WAS EXECUTED IN THE STATE OF CALIFORNIA AND IS INTENDED TO BE VALID IN ALL JURISDICTIONS OF THE UNITED STATES OF AMERICA AND ALL FOREIGN NATIONS.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to my Agent.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this ___9___ day of ___May___, 20_22_

_____
[Your Signature]

_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_____
[Your Social Security Number]

_Without Prejudice, UCC 1-207, All Rights Reserved_____

CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF CALIFORNIA
COUNTY OF _____

This document was acknowledged before me on _____ [Date] by
_____ [name of principal].

_CALIFORNIA GENERAL DURABLE POWER OF ATTORNEY #122380-NDC-26_
_TO: Nathaniel Dwayne Caetano, Agent, Attorney-In-Fact, Secured Party Creditor._     _Page 6 of 6_

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )
) ss.
County of ___Kings___ )

Subscribed and sworn to (or affirmed) before me B. Keithley, Notary Public on this _9"_

day of __May__, 20 22 by __Nathaniel Dwayne Caetano__,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Witness my hand and official seal.                          L.S.

_M. Keithley_

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

```
B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023
```

——————————— ◆ ◆ ◆  **OPTIONAL INFORMATION**  ◆ ◆ ◆ ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**DESCRIPTION OF DOCUMENT**

Title of Document: ___Power of Attorney___

Document Date: ___9 May 22___

Number of Pages: ___6___

Other: _____

California Jurat

LEGAL INSTRUMENT #8

PRIVATE SECURITY AGREEMENT #122380-NDC-1

Secured Party: Nathaniel Dwayne Caetano

DEBTOR: NATHANIEL DWAYNE CAETANO

Notarized 21 June 21

# PRIVATE SECURITY AGREEMENT

## NON-NEGOTIABLE

21st June 2021

This Security Agreement is made and entered into this ▓▓▓ ▓▓▓, ▓▓▓▓, by and between NATHANIEL DWAYNE CAETANO, DEBTOR, hereinafter "DEBTOR", SOCIAL SECURITY ACCOUNT NUMBER, 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, and Nathaniel Dwayne Caetano, Secured Party, hereinafter "Secured Party." If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part, or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, hereinafter "Parties", are identified as follows:

**DEBTOR:** NATHANIEL DWAYNE CAETANO, a Legal Entity
HANFORD COMMUNITY HOSPITAL
450 GREENFIELD AVENUE
HANFORD, CALIFORNIA 93230

UCC CONTRACT TRUST ACCOUNT/ORGANIZATION Number: ███████

**Secured Party:** Nathaniel Dwayne Caetano
900 Quebec Ave.
Corcoran, Ca 93212 [near]

united States of America

NOW, THEREFORE, the Parties agree as follows:

## AGREEMENT

In consideration for the Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

Debtor, who deems himself/herself insolvent, hereby under necessity, grants the above Secured party a security interest in the collateral described herein, on any Schedule A's, and as may appear on all UCC Filings referred to as 'collateral,' to secure all debtor's property as well as all so-called income from whatever source derived, direct, indirect, absolute or contingent, due or to become due, hereinafter arising, held in any account with its due interest, parole or expressed public indebtedness and liabilities, held by Debtor or presented to Debtor, to Secured party in consideration for Secured party providing certain things and accommodations for Debtor, to including but not limited to:

1. Constituting the source, origin, substance, and being; i.e. basis of "pre-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

Form SA-#122380-NDC-1          Secured Party: Nathaniel D. Caetano          Page 1 of 19

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )

) ss.

County of ___Kings_____ )

Subscribed and sworn to (or affirmed) before me <u>B. Keithley, Notary Public</u> on this ___21st.___

day of ___Jun_____, 20 21  by ___Nathaniel D. Caetano_____.

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

L.S.

_B. Keithley_____

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

**B. KEITHLEY**
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

————————— ◆ ◆ ◆  **OPTIONAL INFORMATION**  ◆ ◆ ◆ —————————
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## DESCRIPTION OF DOCUMENT

Title of Document: ___Private Security Agreement_____

Document Date: ___21 Jun 21_____

Number of Pages: ___- 19 -_____

Other: _____

California Jurat

LEGAL INSTRUMENT #9

NOTICE OF LIEN - PSA # 122380-NDC - 1   (Page 17 of 19)

Notarized 21 JUNE 21

Exhibit T17

# NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property (in each of their individual capacity / form / item) of the Debtor (indemnitor) and for the benefit of the Secured Party Creditor (indemnittee) in the amount of $1,000,000,000,000.00 (ONE TRILLION DOLLARS) - USD, Credit/money of account, .999 silver dollars; at par value. This lien will expire at the moment that the indemnittee expires or when this lien is satisfied by and interloper/trespasser. Otherwise this lien is valid for 99 years.

NATHANIEL DWAYNE CAETANO
NATHANIEL DWAYNE  -Indemnitor
    CAETANO

Nathaniel Dwayne Caetano
Nathaniel Dwayne Caetano - Indemnittee

Form SA-#122390-NDC-1          Secured Party: Nathaniel D. Caetano          Page 17 of 19

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California                                  )
                                                     ) ss.
County of ___Kings___                                )

Subscribed and sworn to (or affirmed) before me B. Keithley, Notary Public on this 21st

day of ___Jun___, 20 21 by ___Nathaniel D. Caetano___.

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                                     L.S.

___(signature)___

B. Keithley, Notary Public

B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

Commission #: 2306364

Expires: 10/18/2023

———————— ◆ ◆ ◆ **OPTIONAL INFORMATION** ◆ ◆ ◆ ————————
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

### DESCRIPTION OF DOCUMENT

Title of Document: ___Notice of Lien___

Document Date: ___21 Jun 21___

Number of Pages: ___-1-___

Other: _____

California Jurat

LEGAL INSTRUMENT #10

COMMON LAW COPYRIGHT NOTICE #122380-NDC-Z

Notarized 21 JUNE 21

# Common Law Copyright Notice

Common Law Copyright Notice: All rights reserved re: common-law copyright of tradename/trademark, NATHANIEL DWAYNE CAETANO © as well as any and all derivatives and variations in the spelling of said trade-name/trademarks — Copyright NATHANIEL DWAYNE CAETANO by Nathaniel Dwayne Caetano. Said trade-names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Nathaniel Dwayne Caetano as signified by the blue-ink signature of Nathaniel Dwayne Caetano, hereinafter "Secured Party." With the intent of being contractually bound, , any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of NATHANIEL DWAYNE CAETANO © and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is an accommodation party, and a surety for the purported debtor, i.e. "NATHANIEL DWAYNE CAETANO ©," nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "NATHANIEL DWAYNE CAETANO ©," in Hold-harmless and Indemnity Agreement No. 122380-NDC-3 dated the 21st June 2021 , against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, intrests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Self-executing Contract / Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of "NATHANIEL DWAYNE CAETANO©," other than authorized use as set forth above, constitutes unauthorized use of Secured Party's copyrighted property, and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and Nathaniel Dwayne Caetano is Secured Party, and signifies that User: (1) grants Secured Party a security intrest in all of User's property and intrest in property in the sum certain amount of $500,000.00 per each trade-name/trademark used, per each occurence of use (violation/infringement), plus triple damages, plus costs for each use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, "NATHANIEL DWAYNE CAETANO ©," (2) authenticates this Security Agreement wherein User is debtor and Nathaniel Dwayne Caetano is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all Users intrest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and Nathaniel Dwayne Caetano is Secured Party; (4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security intrest in all of User's property and intrest in property pledged as collateral in Security Agreement described above in paragraph "(2)", until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)", as

well as in paragraph "(4)", and the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above paragraph "(2)," immediately becomes property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(1)"; and "(2)". User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Payment Terms:** In accordance with fees for unauthorized use, of "NATHANIEL DWAYNE CAETANO ©", as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice", itemizing said fees, is sent to tort feasor.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees

Common Law Copyright Notice No.-122390-NDC-2     Nathaniel Dwayne Caetano     Page 2 of 4

1  Itemized in Invoice within said twenty-(20) day period for curing default as set forth above

2  under the "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict

3  foreclosure on any and all remaining property and interest in property formerly pledged as collateral

4  by UCC, now property of Secured Party, which is not in the possession of, nor otherwise disposed

5  of by, Secured Party upon expiration of said twenty (20) days strict-foreclosure period

6  ownership subject to common-law copyright and UCC Financing Statement and Security

7  Agreement filed with the UCC filing Office.

8        Record Owner: Nathaniel Dwayne Caetano, Autograph Common Law Copyright

9

10   Record Owner: Secured Party/Creditor name autographed common-law copyright

11

12   Copyrighted Date  21  June 2021

13

14                                 Without Prejudice / Without Recourse

15                                 Nathaniel Dwayne Caetano

16                                 Nathaniel D. Caetano

                                   Authorized Representative, Attorney-

17                                 in-fact on behalf of the

18                                 NATHANIEL DWAYNE CAETANO ©Ens Legis

19

20

21

22

23

24

25

26

27
28

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California                )
                                   ) ss.

County of _____Kings_____ )

Subscribed and sworn to (or affirmed) before me B. Keithley, Notary Public on this 21st

day of ___Jun_____, 20 21 by __Nathaniel D. Caetano_____,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                          L.S.

*(signature)*

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

———————— ◆ ◆ ◆ **OPTIONAL INFORMATION** ◆ ◆ ◆ ————————
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## DESCRIPTION OF DOCUMENT

Title of Document: ____Common Law Copyright Notice_____

Document Date: _____21 Jun 21_____

Number of Pages: _____~ 4 ·_____

Other: _____

California Jurat

LEGAL INSTRUMENT # 11

HOLD HARMLESS AND INDEMNITY AGREEMENT # 1ZZ380-NOC-3

Notarized 21 JUNE 21

# HOLD HARMLESS AND INDEMNITY AGREEMENT

### Non-Negotiable — Private Between the Parties

Number: 122380-NDC-3

## PARTIES;

**DEBTOR:** NATHANIEL DWAYNE CAETANO
trade-name
C/O 1500 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20220
and/or: 450 GREENFIELD AVE.
HANFORD, CA 93230

**Creditor:** Nathaniel Dwayne Caetano
900 Quebec Avenue
Corcoran, Ca 93212

and any and all derivatives and variations in the spelling of said name.

DEBTOR'S Social Security Account Number: ████████

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into in this Day of Notarization and/or witnessing of the 21st June 2021 Month in the Year of Our Lord Two Thousand and twenty-one, The juristic person NATHANIEL DWAYNE CAETANO and all derivatives and variations in spelling of said name hereinafter, jointly and severally "Debtor", except, Nathaniel Dwayne Caetano, the living, breathing, flesh-and-blood man, known by the distinct appellation Nathaniel Dwayne Caetano, hereinafter, "Creditor."

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, intrests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstances, nor in any manner whatsoever, be considered an accomodation party, nor a surety, for Debtor.

## Defined: Glossary of Terms.

As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, non obstante:

**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and-blood man.

**Conduit.** In this Hold-harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name, NATHANIEL DWAYNE CAETANO, also known by any and all derivatives and variations in the spelling of said name of Debtor except all derivatives, and variations in the spelling of the name of Nathaniel Dwayne Caetano, Creditor.

**Creditor.** In this Hold-harmless and Indemnity Agreement the term "Creditor" means Nathaniel Dwayne Caetano and all derivatives and variations in the spelling of the name of Nathaniel Dwayne Caetano.

**Debtor.** In this Hold-harmless and Indemnity Agreement the term "Debtor" means NATHANIEL DWAYNE CAETANO also known by any and all derivations and variations in the spelling of said name. excepting Nathaniel Dwayne Caetano and all derivatives and variations in the spelling of the name.

of  Nathaniel Dwayne Caetano  .

**Derivative.** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceeding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold-harmless and Indemnity Agreement the term "Ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law as contrasted with a natural person. Also known as a 'Corporate entity.'

**Entity.** In this Hold-harmless and Indemnity Agreement the word "Entity," means an organization or being that possess seperate existence for tax purposes; a corporation, business trust, estate, (artificial) person, debtor.

**Hold-harmless and Indemnity Agreement.** In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No. 122380-NDC-3 as this Hold-harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached.

In this Hold-harmless and Indemnity Agreement, NATHANIEL DWAYNE CAETANO means NATHANIEL DWAYNE CAETANO and any and all derivatives and variations in the spelling of said name except; Nathaniel Dwayne Caetano and all derivatives and variations in the spelling of the name Nathaniel Dwayne Caetano. All Rights Reserved.

In this Hold-harmless and Indemnity Agreement the term "Nathaniel Dwayne Caetano" means the sentient; living; flesh-and-blood man identified by the distinctive appellation Nathaniel Dwayne Caetano and all derivatives and variations in the spelling of the name Nathaniel Dwayne Caetano. All rights reserved re use of Nathaniel Dwayne Caetano,

**Juristic person.** In this Hold-harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e., NATHANIEL DWAYNE CAETANO which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept — by recognizing, that is, juristic persons other than human beings. Theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation—Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, 'Metaphors in law are to be narrowly watched.' "Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y. 84, 94, "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." See U.S. v. SCORHONY CORP. OF AMERICA, 333 U.S. 795; 68 S. Ct. 855; 1948 U.S.

"Observation: A person has a property right in the use of his or her name which a person may transfer or assign." Gracey v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

**Living, breathing, flesh-and-blood man.** In this Private Agreement the term "living breathing, flesh-and-blood man" means the Creditor Nathaniel Dwayne Caetano, a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person created by construct of law.

**Non obstante.** In this Private Agreement the term "non obstante" means: Words anciently used in public and private instrument with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70.

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Creditor, i.e., Nathaniel Dwayne Caetano, a living breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic corporation, partnership, association, and the like.

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting utility" means a 'commercial transmitting utility,' i.e., a conduit for all commercial presentments and matters passed to or presented to Debtor i.e. NATHANIEL DWAYNE CAETANO.

**UCC.** In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code.

This Hold-harmless and Indemnity Agreement No. 122380-NDC-3 is dated 21 Day of the JUNE Month in the Year of Our Lord Two Thousand and Twenty-One.


NATHANIEL DWAYNE CAETANO
Debtor

Creditor accepts Debtors signature in accord with UCC §§ 1-201 (39), 3-401 (b).

Creditor: Nathaniel Dwayne Caetano

Creditor's Signature - Autograph
All Rights Reserved

First Witness: ~~NAME~~     Dated: ~~~~
~~SIGNATURE~~

Second Witness: ~~NAME~~     Dated: ~~~~
~~SIGNATURE~~

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California                                                  )
                                                                      )  ss.
County of ___Kings_____                                         )


Subscribed and sworn to (or affirmed) before me __B. Keithley, Notary Public__ on this __21st__

day of ___Jun_____, 20 21  by __Nathaniel D. Caetano_____.

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.


Witness my hand and official seal.

                                                        L.S.

_____
B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

───────────── ◆ ◆ ◆  **OPTIONAL INFORMATION**  ◆ ◆ ◆ ─────────────
Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.


**DESCRIPTION OF DOCUMENT**

Title of Document: ___Hold Harmless and Indemnity Agreement___

Document Date: _____21 Jun 21_____

Number of Pages: _____-4-_____

Other: _____

California Jurat

LEGAL INSTRUMENT #13

AFFIDAVIT OF POLITICAL STATUS - AFFIDAVIT OF SOVEREIGNTY

#122380-NDC-5

Notarized 8 Sept. 21

AFFADAVIT

POLITICAL STATUS

Affadavit of Sovereignty

Know these all men present that I, R. Nathaniel Dwayne Caetano, the living breathing man, a sentient being of sound mind, body and soul, in possession of all of His Faculties do hereby declare my Sovereignty. I, R. Nathaniel Dwayne Caetano, being the CREDITOR in fact to NATHANIEL DWAYNE CAETANO, DEBTOR the strawman corporation identified and defined as a vessel with Social Security Number ███████ and all of its derivatives that are derived from the Certificate of Live Birth number 104-80-343027-1600-1721, with State of California, Certification of Vital Record # 80-343027, accepted for Registration January 7, 1981 recording Date Of Birth December 23, 1980 at 2115 the day and time I became alive in Hanford, California, in County of Kings, I do hereby claim all benefits, debts, credits, bonds, legacies, bequeths, Title, Rank, Property, Possession of or for 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, and all benefits, debts, credits, bonds, Legacies, bequeths, Title, Rank, Property, Possessions, PRIZES, Lotteries, Territories, Trusts, and Funds intended for, claimed by I and belonging to the human man and God Incarnated as R. Nathaniel Dwayne Caetano, evidenced by the recorded and registered dates, times, places and spaces/planes on the Certificate of Live Birth, as I am the only Sovereign Man, being, entity, soul, spirit or ego with the Lawful claim to do so.

Dated: 08.09.2021

R. Nathaniel Dwayne Caetano

R. _Nathaniel Dwayne Caetano_

Affadavit of Sovereignty of Nathaniel Dwayne Caetano

ADS#122380-NDC-5

_Nathaniel Dwayne Caetano_

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )
) ss.
County of _____ Kings _____ )

Subscribed and sworn to (or affirmed) before me B. Keithley, Notary Public on this _8th_

day of _Sept_ , 20 21 by _Nathaniel D. Caetano_ ,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

L.S.

_[signature]_

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

———— ◆ ◆ ◆  **OPTIONAL INFORMATION**  ◆ ◆ ◆ ————
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## DESCRIPTION OF DOCUMENT

Title of Document: _Affadavit of Sovereignty_

Document Date: _8 Sep 21_

Number of Pages: _-1-_

Other: _____

California Jurat

LEGAL INSTRUMENT #14

Tradename Ownership #122380-NDC - 6

Notarized 8 Sept. 21

# TRADENAME

The following TRADENAME:

## NATHANIEL DWAYNE CAETANO

is the property of the ens legis corporation known as "NATHANIEL DWAYNE CAETANO" spelled in all capital letters. This ens legis NATHANIEL DWAYNE CAETANO, is Debtor to Nathaniel Dwayne Caetano, creditor evidenced in Private Security Agreement PSA# 122380-NDC-1, under notary seal dated 8.9.21 ~~21.6.21~~ of B. Kiethley commissioned by the state of Calif. and agent of the Sec. of State-Calif.

© 27. 8. 21

AUTHOR: Nathaniel D. Caetano, Lawful man, Agent

SIGNATURE:

DATE: 8th September 2021

Tradename: 122380-NDC-6

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )
                    ) ss.
County of _Kings_ )

Subscribed and sworn to (or affirmed) before me _B. Keithley, Notary Public_ on this _8th_

day of _Sept_ , 20 _21_ by _Nathaniel D. Caetano_ ,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                        L.S.

_[signature]_

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

```
B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023
```

— ◆ ◆ ◆ **OPTIONAL INFORMATION** ◆ ◆ ◆ —

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## DESCRIPTION OF DOCUMENT

Title of Document: _Trade Name_

Document Date: _8 Sept 21_

Number of Pages: _-1-_

Other: _____

California Jurat

LEGAL INSTRUMENT #18

TRADEMARK/COPYRIGHT #122380-NDC-8

Notarized 8 April 22

TRUTH AFFIDAVIT IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
TRADEMARK/COPYRIGHT

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort presented by Me, addressee, Nathaniel Dwayne Caetano, Agent and living soul, one for We the People under Original Common Law Jurisdiction by the California and united states of America Contracts, the Constitutions, I being Principal and Prime Creditor.

                                                    Republic and one by the several
                                                         united states
                          ss:                       California in America

For: Whom it may concern: In the matter for the fiction/ ~~Second PARTY~~ Debtor known as: NATHANIEL D. CAETANO, NATHANIEL DWAYNE CAETANO, N D CAETANO, N DWAYNE CAETANO, CAETANO, NATHANIEL D.; and all derivatives thereof. ~~DEBTOR PARTY~~ is hereafter known as NATHANIEL D CAETANO, 900 Quebec Avenue, CORCORAN, CA 93212.

I, Me, My, Myself, addressee, Nathaniel Dwayne Caetano, (herein after Agent with Power of Attorney to represent the ~~DEBTOR~~) the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in one for several counties within the one for the several states united for America, the undersigned Posterity, Creditors, and Claimants, herein after "I, Me, My, Myself, Agent" do hereby solemnly declare, say and state:

1. I, Me, My, Myself, Agent am competent for stating the matters set forth herewith.
2. ~~I, Me, My, Myself,~~ Agent have personal knowledge concerning the facts stated herein.
3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissable as evidence, and if stating I, Me, My, Myself, Agent shall so state.

                      Plain Statement of facts

A matter must be expressed for being resolved. In Commerce, truth is sovereign. Truth is expressed in the form for an Affidant.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit Rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.

I, Me, My, Myself, Agent am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Nathaniel Dwayne Caetano, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America Contracts, the Constitutions.

WHEREAS, the public record is the highest evidence form, I, Me, My, Myself, Agent am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, Nathaniel Dwayne Caetano, living soul, Agent, one for We the People under Original Common Law Jurisdiction for the California and united states of America, Contracts, the Constitutions.

1. Fact: The person/ ~~Second Party~~ Debtor known as NATHANIEL D CAETANO, (and all

derivatives thereof) is Fiction without form or substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial to fraud by Genocide acts for We the People for California by the alleged Government officials and agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for California from our Life, Liberty, Property and Pursuit of Happiness, among other Rights, for their self enrichment outside the law authority and our Courts by original jurisdiction.

2. Fact: I have placed a copyright on the Fiction / DEBTOR known as NATHANIEL D CAETANO, and all derivatives thereof (trademark / fiction), DEBTOR is now My Private Property and cannot be used without My prior written consent and then only under the terms set out in this contract.

3. Fact: The Fiction is My perfected security and registered by contract with me and with the Secretary under State of California as such for five years and is My recorded copyright Fiction by this Declaration under original Common Law Jurisdiction for one hundred (100) years and is My Private Property, the Agent, for My Estate protection, My Life, and My Liberty.

4. Fact: Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user in the amount, the sum certain for one thousand ($1,000.00) dollars, silver specie, in lawful coinage for the united states of America per user and per issuer per Fiction.

5. Fact: Using My Fiction for the intended gains for themselves (the issuer or uses) or for others for any of My Rights, My Private property or any part about My Estate without full disclosure and My written prior consent is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain for one million ($1,000,000.00) dollars silver specie in lawful coinage for the united states of America as defined under Article 1, Section 10 of We the Peoples' Contract/Constitution for the united states of America per using Fiction including any past, present, or future use.

6. Fact: Using My Fiction on any document associated in any manner with My Estate or Me, the holder in due course, Agent, and Exempt from Levy, without My written prior consent is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

I, Me, My, Myself, Agent am not an expert in the Law, however I do know Right from Wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort and amend My ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the Truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit,

proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this affidavit by Declaration is substantially and materially false sufficiently for changing materially My or the fiction's status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final Judgment in this matter, and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and enforceable by law.

The Criminal penalties for Commercial Fraud are determined by jury, by law, the monetary value is set by Me for violation against My rights, for breaching the law, the Contract, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the united states of America as defined by Article 1, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of KINGS, state of California, under this Declaration.

The undersigned, I, Me, My, Myself, the Agent holder in due course for original, do herewith declare, state and say that I, Agent, issue this with sincere intent in truth, that I, Me, the undersigned Agent, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me undersigned addressee.

Notice for the agent is notice for the principal and notice for the principal is notice for the agent.

Notice for the County Clerk for the county of KINGS, state of California, and record court for original jurisdiction, is notice for all.

This instrument was prepared by Nathaniel Dwayne Caetano.

Acceptance:

NATHANIEL D. CAETANO, GRANTOR, DEBTOR

~~Secured Party Creditor~~

Executed without the UNITED STATES, I declare under the penalty of perjury under the laws of the united states of America that that the foregoing is true and correct. Without Prejudice, UCC, 1-207.

R. Nathaniel Dwayne Caetano AGENT
Nathaniel Dwayne Caetano, Agent,
Attorney in Fact, with the Autograph
Non Domestic, DMM 122.32
c/o 900 Quebec Avenue
Corcoran, California

Witnesses

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the pagans and Heathens so the whom I pray may become knowledgeable in the Truth for the Law by our Holy Father in Heaven and repents, so they will no longer be alienated from their true God, Yahweh.

## Certificate of Service

This is for certifying that a true copy for the foregoing document, Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract for Tort Waiver Presented by Me, addressee, Nathaniel Dwayne: Caetans, living soul, the Agent, one for We the People under Original Common Law Jurisdiction for California and United States Contracts, the Constitution is recorded in the public records by the Clerk for the Court in the county for KINGS, California this 29 day of the month May in the year of Our Lord and Savior, Two Thousand and Twenty-Two A.D. as Notice for the agent is notice for the principal, and for all other matters and by notice for all party(s) including and and all competent witnesses with first had knowledge, all party(s) and all other claims pertaining for the Fiction dating back for the year it was created.

By Me-addressee _____

Autograph of Agent and Attorney in Fact

WITHOUT PREJUDICE, UCC 1-207, ALL RIGHTS RESERVED

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California         )
                          ) ss.

County of _Kings_          )

Subscribed and sworn to (or affirmed) before me B. Keithley, Notary Public on this _8th_

day of _Apr_ , 20 _22_ by _Nathaniel Dwayne Caetano_ ,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                                 L.S.

B. Keithley
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

_[signature]_

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

## ◆ ◆ ◆ OPTIONAL INFORMATION ◆ ◆ ◆

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

### DESCRIPTION OF DOCUMENT

Title of Document: _Truth Affidavit for Administrative and Maritime Claims_

Document Date: _8 Apr 22_

Number of Pages: _-4-_

Other: _____

California Jurat

1  District of Tens, Prophet

2  Time of Birth 2115 (Deut. 18:15)

3  Nathaniel Dwayne Caetano
4  c/o 900 Quebec Avenue
5  Hanford, California
6       Washington
7         Special Appearance
8

9              Superior Court
10     U.S. , Eastern District of CA , District Court

11  NATHANIEL DWAYNE CAETANO(c)TM-R  )    Case No
12       Claimant, Plaintiff        )
13                                   )    MOTION SUBMITTING  UCC-1
14       VS.                         )    FINANCING STATEMENT INTO
15                                   )    THE COURT RECORD.
16  Depository Trust Company         )    Nathaniel Dwayne Caetano, Secured Party.
17       Defendant                   )    1. NATHANIEL DWAYNE CAETANO, Debtor #1
18                                   )    2. GOVERNOR, Gavin Newsom, Debtor #2
19                                   )    3. U.S. DEPT. OF TRANSPORTATION, SECRETARY, Debtor #3
20                                   )
21                                   )
22                                   )
23

24      PLAIN STATEMENT OF THE FACTS
25  Uniform Commercial Code-1 Financing Statement #122380-NDC-001
26  is entered into the court record as evidence.
27                    Exodus 18:21    NATHANIEL DWAYNE CAETANO(c)TM-R
28                    Deuteronomy 18:15  Nathaniel Dwayne Caetano
                                    Nathaniel Dwayne Caetano Prophet

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Nathaniel Dwayne Caetano
    Non-Domestic
C/O  900 Quebec Avenue
Corcoran, CA. [93212]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NATHANIEL DWAYNE CAETANO | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 450 GREENFIELD AVENUE | HANFORD | CA | 93230 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| GOVERNOR-Newsom | Gavin | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| STATE CAPITOL, 1st. FLOOR | SACRAMENTO | CA | 95814 | usA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Caetano | Nathaniel | Dwayne | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 900 Quebec Avenue | Corcoran | Calif [93212] | | usA |

**4. COLLATERAL:** This financing statement covers the following collateral:

1. I, Nathaniel Dwayne Caetano, Private Man, Private"state" Citizen, California
. a living soul, flesh and blood breathing Man, of sentient soul, hereby
secures and claims as SECUREDPARTY all rights, interest and title in ALL
hospital, city, county, state, Federal and international birth certificates,
BIRTH CERTIFICATE'S, Certificate of Birth's, CERTIFICATION OF VITAL RECORD'S;
and the pledge represented by the same, but not limited to pignus, hypotheca,
DNA, hereditaments, res, the energy and product derived threfrom, including
but NOT limited to the Fictions, ens legis', juridical persons or corporations
: NATHANIEL DWAYNE CAETANO, NATHANIEL D CAETANO, CAETANO, [SEE ADDENDUM]

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
UCC-1:#122380-NDC-001...........SECURED PARTY AUTOGRAPH, PRINCIPAL, AGENT

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

29 May 2022

Page 1 of 6

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

NATHANIEL DWAYNE CAETANO

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

UNITED STATES DEPARTMENT OF TRANSPORTATION , SECRETARY

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1200 NEW JERSEY AVENUE, SE | WASHINGTON | D.C. | 20590 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

NATHANIEL DWAYNE, or any derivatives thereof, STATE OF CALIFORNIA CERTIFICATION OF VITAL RECORDS-CERTIFICATE OF LIVE BIRTH with the "STATE BIRTH CERTIFICATE NUMBER" 80-343027 and "LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER" 1600-1721, having been assigned by the STATE OF CALIFORNIA the unique number 80-343027, thus bearing the complete and full number 104-80-343027-1600-1721 nunc pro tunc.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:  [SEE Schedule A]
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
UCC-1 #122380-NDC-001........ SECURED PARTY AUTOGRAPH *Nathaniel Dwayne Caetano* ,PRINCIPAL, AGENT

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)  *29 May 2022*

Schedule A
UCC 1
[ATTACHMENT]

2. The Registered Security, Number 104, space, 803, space, 4302, thus "104 803
   4302". This security being the actual Registering of DEBTOR'S CA-CERTIFICA-
   TE OF LIVE BIRTH; using the first ten digits as the Registered securities
   requisite 10-Digit number, ▓▓▓▓▓▓▓▓▓ 7-1600-1721. This Title, CERTIFI-
   CATE OF LIVE BIRTH, Numbered, ▓▓▓▓▓▓▓▓▓▓▓▓ being Registered as
   a Financial Security number "104 803 4302", of which I, Nathaniel Dwayne
   Caetano, Principal, SPC, am owner because I am the only living soul to have
   contributed any VALUE to this Registered Security. This Security repre-
   sents the product of MY life energy, locomotion, thought, and Life as Crea-
   tor of Reality. I, being the only lawful and legal being/entity having
   claim to it, do hereby claim it's proceeds, value, profits, privileges,
   immunities and exemptions. This Registered Security having a BOND issued
   on it bearing the CVSIP number 315805382, held in Fund Number 00104 having
   the Symbol FLSCX with an NAV of 43.70 on 4-2-2022. It being in the name
   of NATHANIEL DWAYNE CAETANO, DEBTOR is collateral that I hereby secure
   and claim by the authority of Private Security Agreement #122380-NDC-1,
   as SECURED PARTY, nunc pro tunc.          (Notorized 21 JUNE 21)

3. Private Security Agreement with the number 122380-NDC-1, by and between
   NATHANIEL DWAYNE CAETANO, DEBTOR and Nathaniel Dwayne Caetano, Principal,
   SECURED PARTY CREDITOR and Agent. NoN-NEGOTIABLE.

4. Notice of Lien on page 17 of 19 page Private Security Agreement No.
   122380-NDC-1, being an agreement constituting an International Commercial
   Lien on all property of DEBTOR, NATHANIEL DWAYNE CAETANO (indemnitor)
   and for the benefit of the SECURED PARTY CREDITOR Nathaniel Dwayne Caetano
   (indemnittee) in the amount of $1,000,000,000,000.00 (one trillion dollars)
   - USD, Credit/money of account, .999 silver dollars, at par value.
   NON-NEGOTIABLE.

UCC-1:#122380-NDC-001......SECURED PARTY AUTOGRA[signature], PRINCIPAL, AGENT

29 May 2022

UCC 1
[Schedule A]

5. Common Low Copyright Notice No. 122380-NDC-2. Copyrighting the Tradename/
Trademark NATHANIEL DWAYNE CAETANO (c) TM-R as well as any and all deriva-
tives and variations in the spelling of said Tradename/Trademark by
Nathaniel Dwayne Caetano.          (Notarized 21 JUNE21)

6. Hold Harmless and Indemnity Agreement No. 122380-NDC-3; NON-NEGOTIABLE -
Private Between the Parties DEBTOR, NATHANIEL DWAYNE CAETANO and CREDITOR
, Nathaniel Dwayne Caetano.          (Notarized 21 JUNE21)

7. Power Of Attorney No. 122380-NDC-4, from DEBTOR NATHANIEL DWAYNE CAETANO
to SECURED PARTY CREDITOR Nathaniel Dwayne Caetano, Principal and Agent.
TRUTH AFFIDAVIT form IN THE NATURE OF SUPPLEMENTAL RULES FOR ADMINISTRATIVE
AND MARITIME CLAIM RULES C (6). California General Durable POA#122380-NDC-26
          (Notarized 9 MAY22)

8. Affidavitof Sovereignty, POLITICAL STATUS declaration No. 122380-NDC-5.
          (Notarized 8 SEPTEMBER21)

9. TRADENAME ownership No. 122380-NDC-6. The following tradename: NATHANIEL
DWAYNE CAETANO is the property of the ens legis corporation, pursuant
to Title 26 U.S.C. §7701 (30)-US "person" means (c) a domestic corporation,
known as "NATHANIEL DWAYNE CAETANO.

10. Private Registered Indemnity Bond, NON-NEGOTIABLE, BOND No. PRIB-122380-
NC2 Pay to the Order of: THE UNITED STATES DEPARTMENT OF THE TREASURY
for Nathaniel Dwayne Caetano, Principal, NATHANIEL DWAYNE CAETANO, Account
Holder.          (Notarized 8 SEPTEMBER 21)

11. I, R. Nathaniel Dwayne Caetano, PRINCIPAL, PRIME CREDITOR, and hereby
SECURED PARTY, do hereby place My Autograph upon the Declaration of
Independence for California, a Republic, as is stated verbatim, the
original Constitution for the Republic of California, 1849, as is stated
verbatim, the Spanish Land Grant of 1821 as is stated verbatim, Re-
Declaration of Independence No. 122380-NDC-7.

UCC-1:#122380-NDC-001 .......SECURED PARTY AUTOGRAPH *Nathaniel Dwayne Caetano*, PRINCIPAL, AGENT
29 May 2022

UCC 1

[ Schedule A ]

12. All signatures on ALL contacts, agreements, unilateral contracts and lice-
nses predicated on the ENS LEGIS, FICTION, CORPORATION NATHANIEL DWAYNE
CAETANO and/or the Social Security Number: $$$-$$-6200, of said fiction.

13. Declaration Of Birth: Nathaniel Dwayne Caetano, a living soul, born üpon
the Promised Land, Central San Joaquin (The Free Mason Pillar of Jachin
from 1 Kings 7:21 one of two, Boaz and Jachin) matching My CLB #1721.)
Valley of the Republic of California, Kings County, Hanford, California,
twenty-third day of the December Month in the One thousand, nine-hundred
and Eighty꞉꞉꞉ year of the Lord Jesus Christ.

14. Writ of Habeas Corpus for release of the DEBTOR , 22W-0085A, Filed 25 April 22.
KINGS COUNTY SUPERIOE COURT, District of Tens. Deuteronomy 18:15.

15. The living soul, Principal, Nathaniel Dwayne Caetano, SECURED PARTY PRIME
CREDITOR, hereby claims all interest and production from any and ALL acts
of STUD. Hereby claims and secures all rights, interest and title in ALL
hospital, city, county, state, Federals and international birth certifica-
tes, Certificate of Live Birth; and the pledge represented by the same,
but not limited to pignus, hypotheca, hereditiments, res, the energy and
product derived therefrom, including but NOT limited to the fictions or
corporations resulting from every act of STUD.

16. The Principal, SECURED PARTY, Nathaniel Dwayne Caetano hereby
claims and secures all personal property, including, but NOT limited to;
any and all stocks and bonds purchased by the FICTION NATHANIEL DWAYNE
CAETANO, as any derivative thereof; all bank, credit union, savings and
loan or other financial service accounts of the FICTION NATHANIEL DWAYNE
CAETANO, or any derivative thereof.

UCC-1:#122380-NDC-001 .......SECURED PARTY AUTOGR~~~~~~~~~~~RICIPAL,AGENT

29 May 2022

Page 5 of 6

UCC 1

[Schedule A]

17. Principal, SECURED PARTY and Prime Creditor hereby claims all interest in
    and accrued, ALL Stocks and Bonds, (Miller Act Bid, PERFORMANCE, PAYMENT),
    ALL Escrow Accounts, ALL Credits, Debts, Options, Futures, Calls, Penal
    Sums, Rights, Benefits, Profits, Revenues, Privileges, Immunities, CUSIP
    Numbers, Registered Securities, Negotiable Instruments owing to DEBTOR
    NATHANIEL DWAYNE CAETANO, the rightful, legal, lawful owner and ACCEPTOR
    under 3-410 of the Commercial Code of the Penal Bid Bonds and Judgments
    in ALL of the following listed ACCOUNT/INVITATION/CASE/CONTRACT numbers
    being that He and he alone is the only, living, breathing, flesh and blood
    individual to have put any energy or value into said BID(S)/INVITATION(S)/
    CASE(S)/CONTRACT(S)/ACCOUNT(S).

    LIST OF CRIMINAL CASE/BID INVITATION/ CONTRACT/ACCOUNT Numbers
1. 92322-7 - FRESNO COUNTY SUPERIOR COURT
2. H002612 - KINGS COUNTY SUPERIOR COURT
3. 01CM0672 - KINGS COUNTY SUPERIOR COURT
4. 01CM1278C - KINGS COUNTY SUPERIOR COURT
5. 01CM2855 - KINGS COUNTY SUPERIOR COURT
6. F035001672 - FRESNO COUNTY SUPERIOR COURT
7. 04CM3072 - KINGS COUNTY SUPERIOR COURT
8. 09CM1205 - KINGS COUNTY SUPERIOR COURT
9. 09CM2059 - KINGS COUNTY SUPERIOR COURT
10. 09CM3557 - KINGS COUNTY SUPERIOR COURT
11. MCR034068 - MADERA COUNTY SUPERIOR COURT

18. STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLE Driver's License Number
    B7484571.

19. ALL information entered on this Financing Statement, Organizations Names,
    Individual Names, Cities, States, Collateral descriptions, Identifying
    information and names are written using the legally binding and determin-
    ing Rules of Grammar (United States Government printing standard for
    proper nouns and capitalization.)

    *:* DEBTOR is a Transmitting Utility

UCC-1:#122380-NDC-001 .......SECURED PARTY AUTOGRAPH *Nathaniel Dwayne Caetano* PRINCIPAL, AGENT
                                                        29 May 2022   PAGE 6 of 6

# TRUTH AFFIDAVIT #122380-NDC-56

STATE OF CALIFORNIA - CERTIFICATION OF VITAL RECORD

# 104-80-343027-1600-1721   being Registered Security "104 803 4302"

Registered Security    104 803 4302

Bond CUSIP Number    315805382

Mutual Fund Number    00104

FIDELITY LIFE SMALL CAP FUND; Symbol "FLSCX"

NAV = 43.70

Value: $43,700,000.00 USD; .999 silver dollars, par value in gold.

# LEGAL INSTRUMENT #15

PRIVATE REGISTERED BOND FOR SETOFF #005296169

ACCEPTED FOR VALUE CERTIFICATE OF LIVE BIRTH

Notarized   8 Sept. 21

# STATE OF CALIFORNIA
## DEPARTMENT OF PUBLIC HEALTH

104- 80-343027
STATE BIRTH CERTIFICATE NUMBER

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA

1600-1721
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD—FIRST NATHANIEL | 1B. MIDDLE DWAYNE | 1C. LAST CAETANO | |
| | 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—Month, Day, Year DECEMBER 23, 1980 | 4B. HOUR (24 HOUR CLOCK TIME) 2115 |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH—NAME OF HOSPITAL HANFORD COMMUNITY HOSPITAL | | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) 450 GREENFIELD AVENUE | |
| | 5C. CITY OR TOWN HANFORD | | 5D. COUNTY KINGS | |
| **FATHER OF CHILD** | 6A. NAME OF FATHER—FIRST LEONARD | 6B. MIDDLE MATTHEW | 6C. LAST CAETANO | 7. STATE OF BIRTH CALIF | 8. AGE OF FATHER 20 |
| **MOTHER OF CHILD** | 9A. BIRTH NAME OF MOTHER—FIRST DENISE | 9B. MIDDLE ALANE | 9C. LAST BURKE | 10. STATE OF BIRTH ALASKA | 11. AGE OF MOTHER 19 |
| **PARENT'S CERTIFICATION** | 12. I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT—SIGNATURE Denise Caetano | | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED 12-26-80 |
| **ATTENDANT'S CERTIFICATION** | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED. 14. | 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE/DEGREE OR TITLE | | 13B. LICENSE NUMBER C38479 | 13C. DATE SIGNED 12-26-80 |
| | | 13D. TYPED NAME AND ADDRESS J.D. PARK M.D. HANFORD, CALIFORNIA | | | |
| **LOCAL REGISTRAR** | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE Robert S. Hill, M.D. by L. L. Deputy | | | 17. DATE ACCEPTED FOR REGISTRATION JAN 07 1981 |



This is to certify that this document is a true copy of the official record filed with Vital Records.

DATE ISSUED

*James Greene*

AUG 17 2021

JAMES GREENE MD MS
STATE REGISTRAR OF VITAL RECORDS

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the State Registrar.

CACDPH--01

DANA E. MOORE, MPH, CPH
STATE REGISTRAR OF VITAL RECORDS



005296169

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

## STATE OF CALIFORNIA
### DEPARTMENT OF PUBLIC HEALTH

104- 80-343027

STATE BIRTH CERTIFICATE NUMBER

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA

1600- 1721

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | 1A. NAME OF CHILD—FIRST | | 1B. MIDDLE | | 1C. LAST | | |
|---|---|---|---|---|---|---|---|
| THIS CHILD | NATHANIEL | | DWAYNE | | CAETANO | | |
| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | | 4B. HOUR (24 HOUR CLOCK TIME) | |
| | MALE | SINGLE | | | | 2115 | |

| | 5A. PLACE OF BIRTH—NAME OF HOSPITAL | | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) | | | |
|---|---|---|---|---|---|---|
| PLACE OF BIRTH | HANFORD COMMUNITY HOSPITAL | | 450 GREENFIELD AVENUE | | | |
| | 5C. CITY OR TOWN | | 5D. COUNTY | | | |
| | HANFORD | | KINGS | | | |

| | 6A. NAME OF FATHER—FIRST | 6B. MIDDLE | 6C. LAST | 7. STATE OF BIRTH | 8. AGE OF FATHER |
|---|---|---|---|---|---|
| FATHER OF CHILD | LEONARD | MATTHEW | CAETANO | CALIF | 20 |
| MOTHER OF CHILD | 9A. BIRTH NAME OF MOTHER—FIRST | 9B. MIDDLE | 9C. LAST | 10. STATE OF BIRTH | 11. AGE OF MOTHER |
| | DENISE | ALANE | BURKE | ALASKA | 19 |

| | 12A. PARENT OR OTHER INFORMANT—SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED |
|---|---|---|---|
| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. ► Denise Caetano | MOTHER | |
| ATTENDANT'S CERTIFICATION | 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE, DEGREE OR TITLE ► | 13B. LICENSE NUMBER | 13C. DATE SIGNED |
| | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED. | C38479 | |
| | 14. 13D. TYPED NAME AND ADDRESS | | |
| | J.D. PARK M.D. HANFORD, CALIFORNIA | | |

| LOCAL REGISTRAR | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|---|
| | | Robert S. Hill, M.D. by L.L. Deputy | JAN 07 1981 |

This is to certify that this document is a true copy of the official record filed with Vital Records.

DATE ISSUED

AUG 17 2021

*Tony Frent*

JAMES GREENE MD MS
STATE REGISTRAR OF VITAL RECORDS

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the State Registrar.

CACDPH--01



DANA E. MOORE, MPH, CPH
STATE REGISTRAR OF VITAL RECORDS



0 0 5 2 9 6 1 7 0

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# TRUTH AFFIDAVIT

## IN THE NATURE OF SUPPLEMENTAL RULES FOR
## ADMINISTRATIVE AND MARITIME CLAIMS RULES C (6)

In Commerce, everything must be stated in Truth. I, Nathaniel Dwayne Caetano, a Sovereign, CA-Government Code §54950 sui juris Freeman, a Private Person, a Living Soul, Principal, Prime Creditor, a Claimant, Secured Party Creditor and NOT a STATUTORY PERSON, NOT a united states of America Constitution, Amendment XIV CORPORATE U.S. citizen, upon the land California, in the county called Kings, do hereby solemnly declare, say and state; (1) Secured Party is competent for stating the matters set forth herewith; (2) Secured Party has personal knowledge about the Facts stated herein; (3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the whole Truth, and nothing but the Truth and all stated in true, correct, complete and not misleading, <u>NO THIRD PARTIES ALLOWED</u> !!!

Plain Statement Of the Facts: (a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in Affidavit Form; (d) An Unrebutted Affidavit stands as Truth in Commerce; (e) An Unrebutted Affidavit becomes the Judgment in Commerce; (f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

<u>FULL DISCLOSURE OF ANY CONTRACT AND ALL TERMS AND ALL CONDITIONS IS IMPERATIVE</u>!

A LAWFUL CONTRACT HAS: (1) A valid offer and acceptance of valuable consideration; (2) Two or more parties involved and their signatures; (3) parties who are of legal age and competent understanding; (4) a termination date; (5) full disclosure; (6) the contract must be voluntary in nature. Only parties signing the contract can participate in the discussion of the Contract.

PUBLIC LAW #95-147, 91 Statute 1227 (October 28, 1977)
Civil Complaint vs. DTC #122380-NDC-56 (Attachment)            Page 1 of

# TRUTH AFFIDAVIT

**Point One:** STATE OF CALIFORNIA - CERTIFICATION OF VITAL RECORD complete identification number # 104-80-343027-1600-1721 has been Accepted For Value by the Flesh and Blood Man, Nathaniel Dwayne Caetano, having a Living Soul, Breathing and Sentient, is Secured Party Creditor of NATHANIEL DWAYNE CAETANO, Debtor. (Notarized 8 September 2021 - Banknote # 005296169)

**Point Two:** The Trademark NATHANIEL DWAYNE CAETANO is the Intellectual Property of Registered Owner Nathaniel Dwayne Caetano and is under Common Law Copyright Protection, Owned and Registered to Nathaniel Dwayne Caetano. CLCN #122380-NDC-2 (Notarized 21 June 2021)

**Point Three:** The Tradename NATHANIEL DWAYNE CAETANO is owned by Nathaniel Dwayne Caetano #122380-NDC-6. (Notarized 8 September 2021)

**Point Four:** The Copyrighted Tradename and Trademark NATHANIEL DWAYNE CAETANO, spelled in all capitalized lettering is NOT a proper noun name/appellation of a living, real individual. The appellation Nathaniel Dwayne Caetano, spelled in upper-lower case lettering is My personal private proper noun appellation having all rights reserved regarding it being common law copyright of trademark/tradename - Nathaniel Dwayne Caetano to restrict it's exclusive use to 1 Nathaniel Dwayne Caetano alone, solely, exclusively, it My Intellectual Property per MADRID PROTOCOL and Common Law Copyright Notice #122380-NDC-25 (Notarized 9 May 2022) and Tradename Ownership #122380-NDC-24 (Notarized 9 May 2022). The differentiation between an all capitalized lettered spelled name and an Upper-Lower spelled word differentiates a "proper noun" as defined by Rules of Grammar according to the United States Government printing standards for proper nouns and capitalization.

**Point Five:** The all capitalized spelled name NATHANIEL DWAYNE CAETANO, Debtor to I Nathaniel Dwayne Caetano is the name of a "vessel" and a FICTION AT LAW, a JURIDICAL PERSON, TRUST and according to the United States of America, it's Government and the Internal Revenue Code, Title 28 USC § 7701 (30) - "United States person" means (c) a domestic corporation. See Uniform Commercial Code - 1 Financing Statement #122380-NDC-001.

Civil Complaint vs. DTC #122380-NDC-56 (Attachment)                    Page 2 of

1  This CORPORATION is owned by I Nathaniel Dwayne Caetano evidenced by the

2  Registered Trademark with the California Secretary Of State

3  and Private Security Agreement #122380-NDC-1 (Notarized 21 June 2021)

4    Point Six: Nathaniel Dwayne Caetano, I, am Indemnified by HOLD HARMLESS AND

5  INDEMNITY AGREEMENT #Non-Negotiable, Private Between Parties #122380-NDC-3 (Notarized

6  21 June 2021), having NATHANIEL DWAYNE CAETANO, Debtor Indemnitor for the benefit

7  of the Secured Party Creditor Nathaniel Dwayne Caetano, Indemnitee in the amount of

8  $1,000,000,000,000.00 (One Trillion united states of America Dollars) - USD, Credit/

9  money of account, .999 silver dollars, at par value gold. NATHANIEL DWAYNE CAETANO,

10  united states of America Social Security Number 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, is Exempt from Levy.

11    Point Seven: As a result of California Government Code §54950, Nathaniel Dwayne Caetano, I,

12  having Accepted For Value Certification of Vital Record #104-80-343027-1600-1721 am Sovereign,

13  validated nature native born Principal Creditor to united states of America because of the loan to the

14  united states of America on 5 April 1933, from Nathaniel Dwayne Caetano, I, to the

15  united states of America under Executive Order of President Franklin Delano Roosevelt approved

16  by Congress on 9 March 1933 (73rd Congress, Session One, Chapter One) using Emergency

17  War Powers under the 6 October, 1917 "Trading with the Enemy Act approved by Congress

18  submitted by Woodrow Wilson. Codified today 30 May 2022 at 12 USC §95a and §95b.

19  As a result of Roosevelt's "confiscation/loan" of the only united states of America lawful

20  money/gold I became the leader, Creditor and Principal of the united states of America, thereby

21  the $30,000,000,000,000.00 (Thirty Trillion united states of America dollars) - USD, Credit/

22  money of account, .999 silver dollars, at par value gold, is an Offset account for Nathaniel

23  Dwayne Caetano to discharge liabilities, debts or any obligation He accepts for value.

24    Point Eight: > "MONEY" (∅) - in the ordinary connotation it means coins and paper currency

25  used as a circulating medium of exchange; does not include notes, bonds, evidences of debt or other private

26  property or real estate. (See; Lane vs. Railey, 280 Ky. 319, 133 S.W. 2d 74, 79, 81 ("money

27  does not embrace notes, bonds, evidence of debt, or other personal or real estate).

28  > MONEY (₿) - tangible, metallic substance with intrinsic and stable-store of value,

Civil Complaint vs. DTC #122380-NDC-56 (Attachment)                                    Page 3

1   distinguished from paper currency, checks and drafts.

2   Point Nine: Dollar; What is a "Dollar"? A dollar is a measure of weight defined by the

3   Coinage Act of 1792 (first gold coin in America) and 1900 which is still in effect today. A

4   "Dollar" specifies a certain quantity of gold or silver. The relative value of silver is tied to gold.

5   In 1995, a Dollar is 371.25 grains of silver in a 480 grain coin (one ounce).

6   ONE TRUE DOLLAR = 1/20th OUNCE OF GOLD = .999 TROY OUNCE OF SILVER. As originally

7   defined, a Dollar = 1/20th of an ounce of gold "money" (until it was devalued by the Gold Reserve

8   Act of 1934 to 1/35th of an ounce), or .999 troy ounce of silver "money". Gold and silver

9   was decided to be coined as money by the Constitution. The founding "fathers" of the united

10  states of America decided that only gold or silver coins can be "money" in America.

11  Point Ten: The 28 USC §7701 (30) (c) United States domestic corporation "person" NATHANIEL

12  DWAYNE CAETANO as with all U.S. citizens under the Carriage of Goods Sea Act, whereby Title

13  18 USC §9 defines them officially as vessels, the Carriage of Goods Sea Act defines the Certification

14  of Live Birth - Vital Record as the "Title". Defined as a "Bill of Lading" and because of the U.S.A

15  bankruptcy declared on 5 June 1933 in House Joint Resolution - 192, Public Law 73-10 the

16  Secretary of the Department of Transportation pursuant to 46 USC Appendix §1247 is the

17  reciever of the USA bankruptcy. The Buck Act of 1940 the the 48 sovereign states pledged

18  these "Bills of Lading" to the USA government as collateral for the Public Net Debt of the

19  USA. These "Bills of Lading" are "Registered Securities" pursuant to 15 USC §78, they use

20  the first ten digits as the unique number of these Registered Securities.

21  Point Eleven: I have on account at www.fidelity.com. Account # Z23329426. Using

22  the web address "http://bit.ly/2YJTZzs I located the Bond that was created for My

23  CERTIFICATION OF VITAL RECORD #104-80-343027-1600-1721 = "104 803 4302". This

24  104 803 4302, Registered Security has Bond CUSIP Number 315805382, held in Mutual

25  Fund, 00104, Symbol - FLSCX (Fidelity Life Small Cap Fund) with an NAV value of 43.70.

26  43.70 = $43,700,000.00 USD.

27  Point Twelve: The private corporation, "DEPOSITORY TRUST COMPANY CORPORATION"

28  or Depository Trust Corporation that all bonds and stock trades are transfered through.

Page 4

1. The DTC is located at 55 Water Street in New York, N.Y. 10041. It is on good
2. information that it is the DTC that the U.S. Government uses as its "Depository" to store these
3. securities that are the underpinning supporting the entire national economy as these "Bills of
4. Lading" collateralize the entire Net Public Debt.

5. <u>Point Thirteen:</u>   I physically possess the following Legal Instruments:

6. 1. Private Security Agreement #122380-NDC-1  (Notarized 21 June 21)
7. 2. Common Law Copyright Notice #122380-NDC-2 (Notarized 21 June 21)
   3. Hold Harmless and Indemnity Agreement #122380-NDC-3 (Notarized 21 June 21)
8. 4. Power of Attorney #122380-NDC-4 (Notarized 21 June 21)
   5. Power of Attorney - California General Durable #122380-NDC-26 (Notarized 9 May 2022)
9. 6. Notice of Lien - International Commercial Lien valued at $1,000,000,000,000.00 (One Trillion
      united states of America Dollars - .999 silver Dollars (par value gold) - Indemnitor = NATHANIEL
      DWAYNE CAETANO, Indemnittee = Nathaniel Dwayne Caetano" (page 17 of 19 #122380-NDC-1)
10. 7. Affidavit of Sovereignty - Political Status Declaration #122380-NDC-5 (Notarized 8 Sept. 2021)
    8. TRADENAME ownership #122380-NDC-6   (Notarized 8 Sept. 2021)
11. 9. Trademark/Copyright #122380-NDC-8 (Notarized 8 April 2022)
12. 10. UCC-1 Financing Statement #122380-NDC-C01, Dated 29 May 2022)
           Debtors: 1) NATHANIEL DWAYNE CAETANO
13.                    2) GOVERNOR- NEWSOM, Gavin
                       3) UNITED STATES DEPARTMENT OF TRANSPORTATION SECRETARY
        SECURED PARTY CREDITOR - Nathaniel Dwayne Caetano
14.

15. <u>Point Fourteen:</u> The Registered Security "104 803 4302" is named as Liened Collateral
16. and is the property of Nathaniel Dwayne Caetano, PROPHET, Deuteronomy 18:15 evidenced on
17. CERTIFICATION OF VITAL RECORD "Time" of Birth 2115 - 915 pm = 1+8:15.
18. <u>Point Fifteen:</u> Exodus: 18:21's District of Tens is under Nathaniel Dwayne Caetano, Prophet.

Page 5

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California             )

                                        )    ss.

County of ___Kings___          )

Subscribed and sworn to (or affirmed) before me <u>B. Keithley, Notary Public</u> on this __8th__

day of __Sept_____, 20_21_ by __Nathaniel D. Caetano__,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                              L.S.

```
B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023
```

B. Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

--------- ◆ ◆ ◆ **OPTIONAL INFORMATION** ◆ ◆ ◆ ---------

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

### DESCRIPTION OF DOCUMENT

Title of Document: ___Private Registered Bond for Setoff___

Document Date: ___8 Sept 21___

Number of Pages: ___-1-___

Other: ___Document is on back of Birth Certificate not Certificate itself___

California Jurat

LEGAL INSTRUMENT #/6

HEIRLOOM BIRTH INSTRUMENT #/22380-NDC-12

ACCEPTED FOR VALUE

Notarized 8 April 22

Case 1:22-cv-00679-SKO   Document 1   Filed 06/06/22   Page 65 of 68

# HANFORD COMMUNITY HOSPITAL

## HANFORD, CALIFORNIA



## Certificate of Birth

This Certifies that __NATHANIEL DWAYNE CAETANO__

was born to __DENISE & LEONARD CAETANO__

in this Hospital at __2115__ o'clock, P.m. on __TUESDAY__

the _____

In Witness Whereof the said Hospital has caused this Certificate to be signed by its duly authorized officer, and its Official Seal to be hereunto affixed

_____          _____
ATTENDING PHYSICIAN                            ADMINISTRATOR

SEAL

__NATHANIEL DWAYNE CAETANO (c) TM-R__

_R. Anthony Dange, Caetano Agent_

With the Autograph
Nathaniel Dwayne Caetano

**RECEIVED**

**AUG 3 1 2021**

**OFFICE OF THE CLERK
SUPREME COURT, U.S.**

HEIRLOOM BIRTH INSTRUMENT - #122380-NDC-12

# HANFORD COMMUNITY HOSPITAL

### HANFORD, CALIFORNIA



# Certificate of Birth

*This Certifies* that __NATHANIEL DWAYNE CAETANO__

*was born to* __DENISE & LEONARD CAETANO__

*in this Hospital at* __2115__ *o'clock,* P.M. *on* __TUESDAY__

*the* ███████████████████████

*In Witness Whereof the said Hospital has caused this Certificate to be signed by its duly authorized officer, and its Official Seal to be hereunto affixed*

ATTENDING PHYSICIAN                    ADMINISTRATOR

HOLLISTER-MACDONALD BIRTH CERTIFICATE
F2.

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California                              )
                                                 )  ss.
County of _____Kirg_____                       )

Subscribed and sworn to (or affirmed) before me **Brian Keithley, Notary Public** on this 8ᵗʰ

day of _____Apr_____, 20__22__ by _____Nathaniel Dwayne Caetano_____,

proved to me on the basis of satisfactory evidence to be person(s) who appeared before me.

Witness my hand and official seal.

                                    L.S.

_____

Brian Keithley, Notary Public

Commission #: 2306364

Expires: 10/18/2023

Phone: (559) 786-9314

B. KEITHLEY
Notary Public - California
Tulare County
Commission # 2306364
My Comm. Expires Oct 18, 2023

─────────── ◆ ◆ ◆  **OPTIONAL  INFORMATION**  ◆ ◆ ◆ ───────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## DESCRIPTION OF DOCUMENT

Title of Document: ___Certificate of Birth (Not certified copy for ID)___

Document Date: ___8 Apr 22___

Number of Pages: ___1___

Other: _____

California Jurat

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

NATHANIEL DWAYNE CAETANO (i)TM-R

v.

DEPOSITORY TRUST COMPANY

Case Number:

Jury Trial Demand

**PROOF OF SERVICE**

Common Law Venue
CA-Gov. Code §ZZ.Z

I hereby certify that on _____, I served a copy

of the attached   Civil case suing for Private property "Registered Security "104 803 4302"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at   Corcoran, California, C/o 900

Quebec Ave. _____:

(List Name and Address of Each
Defendant or Attorney Served)

DEPOSITORY TRUST COMPANY
55 Water Street
New York, New York 10041

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)